LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue Ste 201
Wantagh, NY 11793
Attn: Joseph S. Maniscalco, Esq.
Telephone: (516) 826-6500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

|  |  |
|---|---|
| | Chapter 11 |
| SUTTON 58 OWNER LLC | Case No.: 16-10834 (SHL) |
| Debtor. | |

-------------------------------------------------------------X

## STATEMENT PURSUANT TO LOCAL RULES 2016(b)

The undersigned, pursuant to U.S.C. §329(a) and Bankruptcy Rule 2016(b), states that:

(1) The undersigned is the attorney for Sutton 58 Owner LLC (the "Debtor") in this case.

(2) The compensation paid or agreed to be paid by the Debtor to the undersigned is as follows:

(a) a retainer for legal services rendered or to be rendered in contemplation of and in connection with this case:                    $98,283.00
(b) the court filing fee in this case:                    $1,717.00
(b) prior to filing this statement, the Debtor has paid:                    $100,000.00
(c) the unpaid balance due and payable for services rendered will be determined prospectively.

(3) The services rendered or to be rendered include the following:

(a) analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under Chapter 11 of Title 11 of the United States Code;
(b) preparation and filing of the petition, schedules, statements of affairs, plan and disclosure statements and other documents required by the Court;
(c) preparation of all necessary retention applications and affidavits for the retention of professionals in this case;
(d) representation of the Debtor at the meeting of creditors and in all appearances before the Bankruptcy Court including, but not limited to, any motion or hearing related to the plan, disclosure statement, proofs of claims, leases, etc.

(4) The source of payment made by the Debtor to the undersigned was paid by BH Sutton Owner LLC.

(5) The source of payments to be made by the Debtor to the undersigned for the unpaid balance remaining, if any, will be from the Debtor or as otherwise agreed.

(6)     The undersigned has received no transfer, assignment or pledge or property.

(7)     The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm any compensation paid or to be paid.

(8)     The retainer for the filing of the Chapter 11 petition, inclusive of the court's filing fee in the amount of $1,717.00, has been paid to the undersigned by BH Sutton Owner LLC in the amount of $100,000.00.

Dated:  Wantagh, New York
        April 21, 2016

                    Respectfully Submitted:     *s/ Joseph S. Maniscalco*
                                                Joseph S. Maniscalco, Esq.
                                                A Member of the Firm
                                                LaMonica Herbst & Maniscalco, LLP
                                                3305 Jerusalem Avenue
                                                Wantagh, New York 11793
                                                (516) 826-6500

*M:\Documents\Company\Cases\Sutton 58 Owner LLC\Petition\2016 Statement.docx*